IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-136

| | |
|---|---|
| TOMMY R. COMBS, R. J. COMBS, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| ASHE COUNTY, ET AL., | ) |
| **Defendants.** | ) |

**BEFORE THE COURT** it its own *Roseboro* motion.

Plaintiffs are proceeding *pro se*. Plaintiffs are currently facing three separate motions to dismiss. *See* (Docs. 29, 31, 35). Plaintiffs are warned that their action may be dismissed if they do not appropriately address these motions.

Plaintiffs are advised that they have the opportunity to respond to these motions in a writing filed with this Court within fourteen (14) days of the filing of this Order. A copy of any such response must be served on counsel for defendants.

**IT IS, THEREFORE ORDERED THAT Plaintiffs shall have fourteen (14) days to respond to said motions. The Clerk is directed to send a copy of this Order to the pro se parties.**

Signed: May 12, 2015

Richard L. Voorhees
United States District Judge