# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## CIVIL ACTION NO. 5:14-CV-136

TOMMY COMBS AND R. J. COMBS ) 
(DECEASED)**,** ) 
  ) 
     **Plaintiffs,** ) 
  ) 
  **v.** )      <u>**ORDER**</u>
  ) 
  ) 
ASHE COUNTY, JUDY PORTER POE, ) 
LARRY RHODES, WILLIAM SANDS, ) 
PAT MITCHELL, JAMES WILLIAMS, ) 
TIM WINTERS, ZACH EDWARDSON, ) 
MICHAEL D. DUNCAN, JOHN KILBY, ) 
GARCO INC. ENVIRONMENTAL ) 
INDUSTRIAL AND RECYCLING ) 
SERVICES, MARK BLEVINS, RAINBOW ) 
RECYCLING, DAVID HOOSIER, TONY ) 
BLEVINS, JOSEPH FRANCIS, JOSHUA ) 
HOPKINS, CHRISTOPHER ELDRETH, ) 
AND JERRY LEWIS **,** ) 
  ) 
     **Defendants.** ) 

The Court hereby **GRANTS** Plaintiff TOMMY COMBS an additional thirty (30) days to effectuate service upon Defendant ZACH EDWARDSON. In so granting, the Court has considered Plaintiff TOMMY COMBS' response (Doc. 72) as a request for additional time to locate the defendant. If ZACH EDWARDSON is not served within the allotted time, Plaintiff's claims shall be dismissed without prejudice as to him unless Plaintiff demonstrates good cause for the failure to serve. Fed. R. Civ. 4(m). Accordingly, Plaintiff is hereby ordered to serve ZACH EDWARDSON within 30 days of the date of this order. If Plaintiff is unable to serve ZACH EDWARDSON, Plaintiff <u>must</u> file a document demonstrating good cause within 37 days of the date of this order. Failure to file said document <u>will result</u> in the dismissal of all claims against ZACH EDWARDSON.

**SO ORDERED.**

Signed: July 20, 2016

Richard L. Voorhees
United States District Judge