# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# NO. 5:14-cv-136-GCM

| | |
|---|---|
| TOMMY R. COMBS,<br><br>      Plaintiff,<br><br>v.<br><br>THE COUNTY OF ASHE, *et al.*,<br><br>      Defendants. | ORDER |

**THIS MATTER** is before the Court on the Court's own motion. A pre-trial conference in this matter was set for August 2, 2018, at 2:00pm. However, Plaintiff Tommy Combs has represented to the Court that he is unable to attend the conference on this date.

Accordingly, the Court hereby **ORDERS** that the pre-trial conference set for August 2, 2018, is cancelled. The Court will set a scheduling order that it deems to be appropriate without holding a hearing on this matter.

      **SO ORDERED.**

      Signed: August 1, 2018

      Graham C. Mullen
      United States District Judge