IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00136-GCM

| R. J. COMBS<br>TOMMY R. COMBS, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| ASHE COUNTY, ET AL, | ) | |
| Defendants. | ) | |

**THIS MATTER COMES** before this Court on the Court's own Motion. Defendant Ashe County moved the Court to compel the initial disclosures of Plaintiff on August 27, 2018. (Doc. No. 121). The Court issued a Show Cause Order to Plaintiff on September 27, 2018 which required Plaintiff to show why the Court should not dismiss his claims for failure to provide initial disclosures. (Doc. No. 126). Subsequently, Defendant Garco Inc. Environmental Industrial and Recycling Services moved to compel Plaintiff's initial disclosures on October 8, 2018. (Doc. No. 127). Plaintiff responded to the Show Cause Order on October 11, 2018. (Doc. No. 130).

The Court will hold a status conference in this case on October 31, 2018 at 2:00 p.m. The status conference will be held in Courtroom 2-2 in Charlotte, North Carolina. The purpose of the conference is to set a plan for discovery moving forward in this case. The parties should come prepared to discuss that topic.

**SO ORDERED**.

Signed: October 16, 2018

Graham C. Mullen
United States District Judge

1