IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00136-GCM

| R. J. COMBS<br>TOMMY R. COMBS, | ) |  |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| ASHE COUNTY, ET AL, | ) | |
| Defendants. | ) | |

**THIS MATTER COMES** before this Court on the Court's own motion to hold a status conference. The Court held a hearing on October 31, 2018.

For the reasons stated in open court, Plaintiff is hereby **ORDERED** to provide his Rule 26(a) initial disclosures to Defendants within thirty (30) days of entry of this Order. It is further **ORDERED** that Plaintiff must comply with all outstanding discovery requests within thirty (30) days of entry of this Order. The Court also **ORDERS** Defendants Ashe County and Garco Inc. Environmental Industrial and Recycling Services to resubmit any previously served Rule 26(a) initial disclosures to Plaintiff within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: October 31, 2018

Graham C. Mullen
United States District Judge