**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:14-CV-00136-GCM**

| | |
|---|---|
| R. J. COMBS<br>TOMMY R. COMBS,<br><br>      **Plaintiffs,**<br><br>  v.<br><br>JOSEPH FRANCIS<br>JOSHUA HOPKINS<br>ASHE COUNTY<br>JUDY PORTER POE<br>LARRY RHODES<br>WILLIAM SANDS<br>PAT MITCHELL<br>JAMES WILLIAMS<br>NINE DEPUTIES<br>TIM WINTERS<br>CHRISTOPHER ELDRETH<br>ZACH EDWARDSON<br>JERRY LEWIS<br>MICHAEL D. DUNCAN<br>JOHN KILBY<br>GARCO INC. ENVIRONMENTAL<br>INDUSTRIAL AND RECYCLING<br>SERVICES<br>MARK BLEVINS<br>RAINBOW RECYCLING<br>DAVID HOOSIER<br>TONY BLEVINS,<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)    **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

      **THIS MATTER COMES** before this Court on the Consent Motion for Judicial Settlement

Conference. (Doc. No. 143). In that Motion, the Parties jointly requested a settlement conference

in front of a Magistrate Judge. Having reviewed the Motion and record, the Court **GRANTS** the

1

consent Motion. This matter is referred to Magistrate Judge David Keesler to conduct a Judicial Settlement Conference.

**SO ORDERED**.

Signed: March 11, 2019

Graham C. Mullen
United States District Judge