# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:14-CV-136-GCM

| | |
|---|---|
| TOMMY R. COMBS, et al, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| ASHE COUNTY, et al, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** regarding the Order (Document No. 144) of the Honorable Graham C. Mullen, granting the parties' "Consent Motion For Judicial Settlement Conference" (Document No. 143). As such, the undersigned will schedule a Judicial Settlement Conference as set forth below.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on **Tuesday**, **April 9, 2019**, at **9:30 a.m.** in Courtroom #1-1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court shall reserve Courtroom #1-1 and its attached conference rooms.

**SO ORDERED**.

Signed: March 11, 2019

David C. Keesler
United States Magistrate Judge